# United States Court of Appeals for the Fifth Circuit

————————

No. 25-10403

————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 10, 2025

Lyle W. Cayce
Clerk

Adam Lara,

*Plaintiff—Appellant*,

*versus*

Penhall Company,

*Defendant—Appellee*.

———————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:25-CV-293

———————————————————————————

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Plaintiff-Appellant Adam Lara appeals pro se the district court's dismissal of his employment-discrimination lawsuit. Lara has failed to brief any of his claims on appeal adequately and thus has forfeited them. *See Rollins v. Home Depot USA, Inc.*, 8 F.4th 393, 397 (5th Cir. 2021) ("A party forfeits an argument . . . by failing to adequately brief the argument on appeal."). The judgment of the district court is AFFIRMED.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.